UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
SEP 23 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No.
)
NICOLE BOSTIC, ) **4:15CR430 HEA/JMB**
)
    Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

    From on or about January 1, 2010 until October 2014, in the Eastern District of Missouri,

**NICOLE BOSTIC,**

the Defendant herein, being an agent of an organization, Stella Maris Child Center, which received yearly benefits from 2010 through 2014 in excess of $10,000 under Federal programs administered by the United States Department of Health and Human Services, Office of Head Start and Early Head Start,

    embezzled, stole and intentionally misapplied property worth at least $5,000 under the care, custody and control of Stella Maris Child Center.

    In violation of, and punishable under, Title 18, United States Code, Section 666(a).

                                    A TRUE BILL.

                                    _____
                                    FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney